# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

February 22, 2010

**BY ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Theodore Roosevelt v. Walgreen Co.,
              No. 08 CV 3525 (DGT) (CLP)

Dear Judge Pollak:

      We are counsel for Walgreen Co. On behalf of both parties, we write to respectfully request an adjournment of the status conference scheduled for February 25, 2010 at 10 a.m.

      On February 2, Your Honor "so ordered" the parties' Stipulation regarding further proceedings in this matter, under which the parties agreed to engage in discovery and then private mediation, while postponing any motion practice regarding conditional certification. The parties have been operating under that schedule, and the mediation is scheduled for April 6. There does not appear to be any need for a status conference at this time, although if the Court believes otherwise, we would of course be pleased to appear.

      We thank the Court in advance for its consideration.

                                      Respectfully submitted,

                                      SEYFARTH SHAW LLP

                                      Robert S. Whitman

cc:    Chambers (by fax)
       Amy Hong, Esq. (by ECF)
       Justin Swartz, Esq. (by ECF)

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

NY1 26610583.1