# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

July 9, 2010

**BY ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Theodore Roosevelt, *et al.* v. Walgreen Co.,
               No. 08 CV 3525 (DGT) (CLP)

Dear Judge Pollak:

We are counsel for Walgreen Co. Pursuant to Your Honor's June 7, 2010 Order, we advise the Court that the parties are finalizing the written settlement agreement and expect to be completed next week.

                                  Respectfully submitted,

                                  SEYFARTH SHAW LLP

                                  Robert S. Whitman

cc:    Chambers (by fax)
       Amy Hong, Esq. (by ECF)
       Justin Swartz, Esq. (by ECF)

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

12489295v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK