

SEYFARTH SHAW LLP
ATTORNEYS

820 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

July 9, 2010

**BY ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Theodore Roosevelt, *et al.* v. Walgreen Co.,
            No. 08 CV 3525 (DGT) (CLP)

Dear Judge Pollak:

We are counsel for Walgreen Co. Pursuant to Your Honor's June 7, 2010 Order, we advise the Court that the parties are finalizing the written settlement agreement and expect to be completed next week.

                             Respectfully submitted,

                             SEYFARTH SHAW LLP

                             Robert S. Whitman

cc:    Chambers (by fax)
       Amy Hong, Esq. (by ECF)
       Justin Swartz, Esq. (by ECF)

Stipulation of Discontinuance to be filed within __30__ days.

SO ORDERED:

Cheryl L. Pollak
U.S. Magistrate Judge
7/12/10

12489295v.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK