# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

August 11, 2010

**BY ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Theodore Roosevelt, *et al.* v. Walgreen Co.,
                 No. 08 CV 3525 (DGT) (CLP)

Dear Judge Pollak:

We are counsel for Walgreen Co. The parties have finalized their written settlement agreement in the above-referenced case, but because of unforeseen delays the Stipulation of Dismissal is not yet signed. We expect that it will be filed shortly.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP

                            Robert S. Whitman

cc:    Chambers (by fax)
        Amy Hong, Esq. (by ECF)
        Justin Swartz, Esq. (by ECF)

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

12620117v.1