Case 1:08-cv-03525-DGT-CLP Document 44 Filed 09/08/10 Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THEODORE ROOSEVELT, MAQSOOD and SUSHANA GUTHRIE, on behalf and all others similarly situated,

Plaintiffs,

*v.*

WALGREEN, CO. d/b/a Walgreens,

Defendant.

ECF Case

No. 08 CV 3525 (DGT)(CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the undersigned attorneys of record, that this action shall be and hereby is dismissed in its entirety with prejudice, with no award of fees or costs to any party.

SO STIPULATED:

THE LEGAL AID SOCIETY
*Attorneys for Plaintiffs*

By: [signature]
Amy M. Hong

199 Water Street
New York, New York 10038-3526
Tel: (212) 577-3626

OUTTEN & GOLDEN LLP
*Attorneys for Plaintiffs*

By: [signature]
Justin M. Swartz

Three Park Avenue
New York, NY 10016-5902
(212) 245-1000

SEYFARTH SHAW, LLP
*Attorneys for Defendant*

By: [signature]
Robert S. Whitman

620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5629

APPLICATION GRANTED.
SO ORDERED

9/10/10

David G. Trager
s/ DG United States District Judge

The Clerk of the Court is directed to close the case.

12619767v.1